IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELEAZAR GARCIA,<br><br>   Plaintiff,<br><br>vs.<br><br>DAVID W. COOMBS, JR., Deputy U.S. Marshal, in his individual capacity; JACOB P. BETSWORTH, Deputy U.S. Marshal, in his individual capacity; and JEFF DAVIS, Sarpy County Sheriff, in his individual capacity;<br><br>   Defendants. | 4:20CV3049<br><br>**MEMORANDUM AND ORDER** |

  Upon information from the Chief of the U.S. Marshals Service in the District of Nebraska, Defendants Coombs and Betsworth were acting as Special Deputy U.S. Marshals as part of the Metro Fugitive Task Force at the time of the incident involved in this case. However, such Defendants were and are employed by Sarpy County. Accordingly,

  IT IS ORDERED:

  1. The Clerk of Court shall correct the caption of this case to reflect the proper titles of Defendants Coombs and Betsworth as follows: DAVID W. COOMBS, JR., Special Deputy U.S. Marshal, in his individual capacity, and JACOB P. BETSWORTH, Special Deputy U.S. Marshal, in his individual capacity; and

  2. The portion of the caption that reads "JEFF DAVIS, Sarpy County Sheriff, in his individual capacity" shall remain as it currently appears and shall not be changed or removed.

DATED this 12th day of November, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge