IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELEAZAR GARCIA,<br><br>      Plaintiff,<br><br>vs.<br><br>JEFF DAVIS, Sarpy County Sheriff, in his individual capacity,<br><br>      Defendant. | **4:20CV3049**<br><br>**ORDER** |

    IT IS ORDERED that because Judgment in this case was entered on June 30, 2021, dismissing this case with prejudice (Filing 48), Plaintiff's Objections and Motions (Filings 49, 50) are denied as moot.

    DATED this 9th day of July, 2021.

                                       BY THE COURT:

                                       *Richard G. Kopf*

                                       Richard G. Kopf
                                       Senior United States District Judge